IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 FEB 26 PM 3:54

CLERK

BY /s/ Ltw
DEPUTY CLERK

|  |  |
|---|---|
| IN RE THE APPLICATION OF ) | |
| ) | |
| DYLAN JOHN STANLEY ) | |
| Plaintiff/Petitioner, ) | File No. 2:26-cv-6 |
| ) | |
| v. ) | |
| ) | |
| KATHRYN ANN STANLEY ) | |
| Defendant/Respondent. ) | |

## INTERIM CONSENT ORDER

Before the Court is the Verified Petition for the Return of the Child to Australia (the "Petition") filed by the Petitioner, Dylan John Stanley (the "Petitioner"), against the Respondent, Kathyrn Ann Stanley (the "Respondent") pursuant to The Hague Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act ("ICARA") (ECF No. 1). Trial in this matter is scheduled for March 3 and 6, 2026 (ECF No. 27). This Interim Consent Order makes no determination on the merits of the Petition, or on either party's respective claims and/or defenses, and is entered without prejudice to either party's position. Upon the consent of both parties, as evidenced by the signatures of their respective counsel below, it is hereby:

1. **ORDERED,** that the Petitioner shall have parenting time with the child, P.S. (the "Child"), on March 1, 2026, from 10:30am to 3pm (the "Parenting Time"); and it is further

2. **ORDERED,** that Respondent's stepfather shall drive the Child from Rutland, Vermont and drop him off at the ECHO Center in Burlington, Vermont on March 1, 2026, at 10:30am for Petitioner's Parenting Time; and it is further

3. **ORDERED,** that Respondent's stepfather shall pick up the Child at the ECHO Center in Burlington, Vermont on March 1, 2026, no later than 3pm and drive the Child back to Rutland, Vermont; and it is further

4. **ORDERED,** that the Child will remain with the Petitioner and Petitioner's mother for the duration of the Parenting Time and Petitioner's mother will supervise the visitation; and it is further

5. **ORDERED,** that Petitioner is prohibited from removing the Child, or causing the Child to be removed from the District of Vermont for the duration of the Parenting Time.

DATED at 2:55 p.m. this 26th day of February, 2026.

BY THE COURT:

Hon. Judge Christina Reiss
United States District Judge

**SEEN AND APPROVED AS TO FORM AND CONTENT:**

Dated: February 26, 2026.

BY: Kristen J. E. Connors, Esq.
Montroll, Oettinger & Barquist, P. C.
126 College St. Ste. 400
Burlington, VT 05401
Phone: (802) 540-0250

Facsimile: (802) 540-0263
Email: kconnors@mblawoffice.com

BY: Anthony L. Bamrick, Esq.
Montroll, Oettinger & Barquist, P. C.
126 College St. Ste. 400
Burlington, VT 05401
Phone: (802) 540-0250
Facsimile: (802) 540-0263
Email: kconnors@mblawoffice.com

*Attorneys for Petitioner*

/s/ Barney L. Brannen, Esq.
Barney L. Brannen , Esq.
Brannen & Loftus, PLC
80 South Main Street, Suite 101
Hanover, NH 03755
(603) 277-2971
Fax: (603) 277-2974
Email: bbrannen@brannen-loftus.com

/s/ Richard Min
Richard Min, Esq.
Green Kaminer Min & Rockmore LLP
420 Lexington Avenue, Suite 2821
New York, NY 10170
212-681-6400
Email: rmin@gkmrlaw.com

*Attorneys for Respondent*

Dated: February 26, 2026